**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RONNIE NIXON                                                    PLAINTIFF

V.                              NO: 3:17CV00138 JM/PSH

BECKY HITT, *et al.*                                            DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 24th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE